THE STATE OF OHIO, APPELLEE, v. JACKSON, APPELLANT.

(No. 39446—Decided December 22, 1965.)

*Mr. Clyde W. Osborne,* prosecuting attorney, *Mr. Elwyn V. Jenkins* and *Mr. Carroll E. Matter,* for appellee.
*Messrs. Macejko & Macejko,* for appellant.

*Per Curiam.* "Armed robbery" is not a crime enumerated in the Habitual Criminal Act. The judgment of the Court of Appeals is reversed on authority of paragraph two of the syllabus in the case of *State* v. *Winters,* 2 Ohio St. 2d 325.

*Judgment reversed.*

MATTHIAS, HERBERT, SCHNEIDER and BROWN, JJ., concur.